**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01235-CV

**DAVID ALAN SHEPHERD, Appellant**

**V.**

**LAWRENCE MITCHELL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07702**

## ORDER

Because appellant's brief was filed by order dated March 10, 2015, we **DENY** as moot

appellant's March 11, 2015 motion for extension of time and advisory to Court.


/s/     CRAIG STODDART
JUSTICE